E-FILED
Monday, 17 May, 2021 11:12:13 AM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS
# SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal No. 20-CR-30048 |
| ) | |
| RAFAEL MERCADO BERRIOS, ) | |
| ) | |
| Defendant. ) | |

## AGREED STATEMENT OF THE CASE

This is a criminal case charged by way of indictment. The defendant, Rafael Mercado Berrios is charged in Count One of the Indictment with using a facility and means of interstate commerce to attempt to persuade, induce, entice, or coerce an individual who he believed to be a minor, to engage in any criminal sexual activity, on or between August 24 and August 28, 2020, in Sangamon County, Illinois.

The defendant is charged in Count Two of the Indictment with using a facility and means of interstate commerce with the intent to transmit the name, address, electronic mail address, or telephone number of an individual who he believed had not attained the age of sixteen and do so with the intent to attempt to entice, encourage, offer

and solicit that person to engage in any criminal sexual activity, between August 24, 2020 and August 28, 2020, in Sangamon County Illinois.

The defendant has pleaded not guilty.

_____  _____
Tanner K. Jacobs  Rosana E. Brown
Assistant United States Attorney  Counsel for Rafael Mercado Berrios

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 17, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following counsel of record: Rosana E. Brown, Assistant Federal Public Defender.

*/s/ Tanner K. Jacobs*
Tanner K. Jacobs
Assistant United States Attorney
