E-FILED
Monday, 17 May, 2021 04:30:16 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD, ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) 3:20-cr-30048-SEM-TSH |
| RAFAEL MERCADO-BERRIOS, | ) |
| Defendant. | ) |

**DEFENDANT'S PROPOSED VOIR DIRE QUESTIONS**

Defendant Rafael Mercado-Berrios, by his attorney Rosana E. Brown of the Federal Public Defender's Office, provides the following proposed *voir dire* questions for trial in this matter:

**A. Prior Jury Service**

1. Of those of you who have sat on criminal juries, were you able to reach a unanimous verdict?

**B. Prior Experience or Affiliation with Law Enforcement**

1. Are you affiliated with law enforcement or do you have any family members or close friends that are members of law enforcement?

2. What personal experience have you had with law enforcement, if any?

3. Do you believe that law enforcement is usually correct when bringing criminal charges against defendants?

## C. Computer/Digital Media Experience/Online Dating Experience

1. Is there anyone here who does not access the Internet for any purpose, at home or at work?

2. How many of you have NOT taken pictures with a digital camera?

3. Do any of you NOT have a cellular telephone?

4. Have any of you have NOT engaged in "texting" with others using a cellular telephone?

5. Have any of you used an online dating application in the past?

6. What is your understanding of the meaning for the colloquial term "catfish" as used in online dating?

7. Have you had any experience with people who are not who they say they are online, either through online dating applications, social media, or other means?

8. Do you hold any negative impressions of individuals who use dating applications?

9. Have you or someone close to you had a negative experience related to online dating applications, and if so, can you provide the

background of that experience?  How does that experience shape your thinking or behavior today?

**D. Prior Experience with Sexual Abuse or Feelings about Sexual Dialogue**

The following questions may elicit a response from you that is personal. It is important that your responses to these questions are complete and truthful. If you would prefer to answer any of the following questions outside the presence of the rest of the panel, please let me know and we can arrange for a more private response.

1. Have you, a member of your family or a close friend been a victim of any form of sexual abuse, whether as a child or an adult, regardless of whether that conduct was reported to law enforcement?

2. Have you or any of your relatives or close friends ever had any experience with a person who has engaged in or was accused of sexual activity with or involving a child, whether or not the conduct was reported to law enforcement?

3. It is anticipated that the evidence in this case may consist of graphic descriptions of and discussions about sexually explicit

conduct. Would being exposed to such material make you uncomfortable for any reason?

**E. Advocacy for Minor Victims of Sexual Offenses**

1. Do any of you belong to any group which advocates for the rights of minor victims of sexual assault?

2. Do any of you subscribe to any publication or listserve that advocates for the rights of minor victims of sexual assault?

3. Do you hold any preconceived notions about allegations of sexual conduct with minors that might prevent you from presuming the defendant to be innocent?

**F. Reasonable Doubt/Presumption of Innocence**

1. What is your understanding of beyond a reasonable doubt?

2. What is your understanding of how that differs from probable cause, or the charging of a crime?

3. Do you believe a defendant should have to prove his own innocence?

**G.　Testimony of Defendant**

1. Do you believe that a defendant needs to testify if he is innocent?

2. Would you tend to believe the defendant is guilty if he chooses not to testify?

Respectfully submitted,

RAFAEL MERCADO-BERRIOS,
Defendant,

THOMAS PATTON, Federal Public Defender

By: s/ Rosana E. Brown
Rosana E. Brown
Assistant Federal Public Defender
Office of the Federal Public Defender
600 East Adams, 3rd Floor
Springfield, Illinois 62701
Telephone: (217) 492-5070
Fax: (217) 492-5077
E-mail: rosie_brown@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that on May 17, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Mr. Tanner Jacobs
Assistant United States Attorney
Office of the U.S. Attorney
318 South Sixth Street
Springfield, IL 62701-1806

By: s/ Rosana E. Brown
Rosana E. Brown
Assistant Federal Public Defender