IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | |
| v. | ) | Case No. 20-cr-30048 |
| | ) | |
| RAFAEL MERCADO BERRIOS, | ) | |
| | ) | |
| Defendant. | ) | |

**<u>GOVERNMENT'S VOIR DIRE QUESTIONS</u>**

Now comes Douglas J. Quivey, Acting United States Attorney for the Central District of Illinois, and requests the court to ask the prospective jurors during their voir dire the following questions:

There will be evidence in the case that government agents contacted the defendant in an Internet chat room. There will be evidence that the government agents arranged to use a house to meet with the defendant.

1. Do you have a strong opinion, good or bad, about government agents posing as minors in an Internet chat room, that would not allow you to be a fair and impartial juror in the case?

2. Do you have a strong opinion, good or bad, about

1

government agents arranging to use a house to meet the defendant, that would not allow you to be a fair and impartial juror in the case?

>Respectfully submitted,
>
>DOUGLAS J. QUIVEY
>ACTING UNITED STATES ATTORNEY
>
>By: */s/ Gregory K. Harris*
>Gregory K. Harris, IL Bar No. 1135163
>Assistant United States Attorney
>United States Attorney's Office
>318 South 6th Street
>Springfield, IL 62701
>Telephone: (217) 492-4450
>Email: gregory.harris@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 20, 2021, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the counsel of record.

*/s/ Gregory K. Harris*
Gregory K. Harris
Assistant United States Attorney