UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD, ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) 3:20-cr-30048-SEM-TSH |
| RAFAEL MERCADO-BERRIOS, | ) |
| Defendant. | ) |

## DEFENDANT'S AMENDED EXHIBIT LIST

Defendant Rafael Mercado-Berrios, by his attorney Rosana E. Brown of the Federal Public Defender's Office, provides the following list of prospective and tentative exhibits for trial in this matter:

1. MeetMe.com user agreement

2. MeetMe.com subpoena return for profile "Jose Mer"

3. MeetMe screenshots of all users in contact with defendant from discovery

4. MeetMe screenshots of all users in contact with defendant and message content from defense investigation

5. Cellebrite report of TextNow chats August 25 – 27, 2020

6. Excerpts from TextNow messages with "Lexi"

7. Excerpts from Facebook profile and TextNow

8. MCS business records

9. EroticMonkey.ch profile page

>Respectfully submitted,
>
>RAFAEL MERCADO-BERRIOS,
>Defendant,
>
>THOMAS PATTON, Federal Public
>Defender
>
>By: \_\_s/ Rosana E. Brown
>Rosana E. Brown
>Assistant Federal Public Defender
>Office of the Federal Public Defender
>600 East Adams, 3rd Floor
>Springfield, Illinois 62701
>Telephone: (217) 492-5070
>Fax: (217) 492-5077
>E-mail: rosie_brown@fd.org

**CERTIFICATE OF SERVICE**

I hereby certify that on May 24, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Mr. Tanner Jacobs
Assistant United States Attorney
Office of the U.S. Attorney
318 South Sixth Street
Springfield, IL 62701-1806

                                            By:  s/ Rosana E. Brown
                                            Rosana E. Brown
                                            Assistant Federal Public Defender