E-FILED
Monday, 21 June, 2021 02:16:56 PM
Clerk, U.S. District Court, ILCD

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS
# SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | Criminal No. 20-CR-30048 |
| RAFAEL MERCADO BERRIOS, ) | |
| Defendant. ) | |

## GOVERNMENT'S MOTION FOR RETURN OF FBI OPERATIONAL PLAN

The United States of America, by its attorneys Douglas J. Quivey, Acting Assistant United States Attorney for the Central District of Illinois and Gregory K. Harris, Assistant United States Attorney, respectfully files its Motion for Return of FBI Operational Plan.

1. On May 27, 2021, during an evidentiary hearing in the above-case the government tendered to the court a copy of an FBI Operational Plan for the court's review and inspection. The Operational Plan was marked as government's exhibit number 4 and filed under seal.

2. The Operational Plan was not introduced or admitted at the defendant's trial. The trial concluded on June 4, 2021.

WHEREFORE, the government respectfully requests the court to return to the government the FBI Operational Plan, government's exhibit number 4.

> Respectfully submitted,
>
> DOUGLAS J. QUIVEY
> ACTING UNITED STATES ATTORNEY
>
> By: */s/ Gregory K. Harris*
> Gregory K. Harris, IL Bar No. 1135163
> Assistant United States Attorney
> United States Attorney's Office
> 318 South 6th Street
> Springfield, IL 62701
> Telephone: (217) 492-4450
> Email: gregory.harris@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on June 21, 2021, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the counsel of record.

>/s/ Gregory K. Harris
> Gregory K. Harris
> Assistant United States Attorney